UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARY TALHELM,

        Plaintiff,

                                Case No. 07-CV-13739
vs.                            HON. GEORGE CARAM STEEH

ABF FREIGHT SYSTEM, INC.,

        Defendant.

_____/

## ORDER DISMISSING SEPTEMBER 10, 2007 SHOW CAUSE ORDER (#2)

On September 10, 2007, plaintiff Mary Talhelm was ordered to show cause by September 26, 2007 why this case should not be dismissed for lack of federal subject matter jurisdiction in the absence of allegations sufficient to ascertain defendant ABF Freight System, Inc.'s principal place of business and thus establish complete diversity. See 28 U.S.C. § 1332(a)(1), (c)(1); JP Morgan Chase Bank v. Traffic Steam (BVI) Infrastructure Ltd., 536 U.S. 88, 91 (2002). Plaintiff, a Michigan citizen, filed a timely response on September 14, 2007 affirmatively stating that ABF Freight System, Inc. is a Delaware corporation with its principal place of business in Fort Smith, Arkansas. Plaintiff has thus shown cause by alleging sufficient facts to establish complete diversity in this lawsuit. See Owen Equipment and Erection Co. v. Kroger, 437 U.S. 365, 373 (1978). Accordingly,

The court's order requiring plaintiff to show cause is hereby DISMISSED.

SO ORDERED.

Dated: September 17, 2007

                                            s/George Caram Steeh
                                            GEORGE CARAM STEEH
                                            UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on September 17, 2007, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk